1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

* * *

7    CELESTINO PASION and                    )
     MADELYN PASION,                         )

8                                            )          2:09-CV-02204-PMP-LRL
                                             )

9              Plaintiffs,                   )
                                             )          **ORDER**

10   vs.                                     )
                                             )

11   IMPAC FUNDING CORPORATION               )
     dba IMPAC LENDING GROUP;                )

12   RECONTRUST COMPANY, N.A.;               )
     BANK OF AMERICA HOME LOANS              )

13   SERVICING, LP; COUNTRYWIDE              )
     HOME LOANS; MORTGAGE                    )

14   ELECTRONIC REGISTRATION                 )
     SYSTEMS, INC.                           )

15                                           )
               Defendants.                   )

16   _____)

17          The Court having read and considered Defendants' Motion to Dismiss

18   (Doc. #34) filed December 10, 2010, and Plaintiffs having failed to file a response in

19   opposition thereto, and good cause appearing,

20          **IT IS ORDERED that** Defendants' Motion to Dismiss (Doc. #34) is

21   **GRANTED**.

22

23   DATED:  December 29, 2010.

24

25   _____
     PHILIP M. PRO

26   United States District Judge