**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CELESTINO PASION and MADELYN PASION, <br><br> Plaintiffs, <br><br> vs. <br><br> IMPAC FUNDING CORPORATION, *et al.*, <br><br> Defendants. | 2:09-cv-02204-PMP-LRL |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Counsel for Plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to F.R.Cv.P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to Defendant Impac Funding Corporation dba Impac Lending Group.

Dated: March 18, 2011

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE